Stephen E. Goldman (*pro hac vice*)
E-Mail: sgoldman@rc.com
Wystan M. Ackerman (*pro hac vice*)
E-Mail: wackerman@rc.com
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Telephone: 860.275.8200
Facsimile: 860.275.8299

Andrew B. Downs, SBN 111435
E-mail:andy.downs@bullivant.com
Linda B. Oliver, SBN 166720
E-mail:linda.oliver@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile:     415.352.2701

Attorneys for Defendant Travelers Casualty
Insurance Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MUDPIE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No.: 4:20-cv-03213-JST <br><br> **STATEMENT OF RECENT DECISION: NOTICE OF SUBMISSION OF MICHIGAN TRANSCRIPT** <br><br> Date: July 29, 2020 <br> Time: 2:00 p.m. <br> Before Hon. Jon S. Tigar <br>   (Oakland, Courtroom 6) |

　　As promised in Travelers' Reply (ECF 20, p. 10, n. 4), Travelers attaches a copy of the Transcript of the July 1, 2020 hearing in the Circuit Court for the County of Ingham, Michigan in *Gavrilides Management Co. v. Michigan Ins. Co*. No. 20-258-CB.

1 | DATED:  July 10, 2020

2 | BULLIVANT HOUSER BAILEY PC

4 | By  */s/ Andrew B. Downs*
Andrew B. Downs
5 | Linda B. Oliver

6 | Attorneys for Defendant Travelers Casualty Insurance Company of America

## STATEMENT IN LIEU OF CERTIFICATE OF SERVICE

This document will be served via the Court's CM/ECF system, thus filing counsel is unable to certify at this time that service has occurred.  Should the CM/ECF e-file notice report any failures in electronic service, counsel will serve this document by another means and will file a supplemental Certificate of Service.

4833-8701-9202.1