UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUDPIE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 20-cv-03213-JST<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE STAYED** |

In light of the Order to Show Cause issued on August 17, 2020 by the Joint Panel on Multidistrict Litigation (JPML) in the matter of *In re: Travelers COVID-19 Business Interruption Protection Insurance Litigation*, MDL No. 2965, the parties, and each of them, are ordered to show cause why this case should not be stayed pending a determination by the JPML on consolidation or coordination of pretrial proceedings under 28 U.S.C. § 1407. Written responses to this order are due August 24, 2020. Following the submission of the parties' responses, the Court will take the matter under submission unless the Court orders the setting of a hearing. If no party files a response, the Court will issue a stay.

Pending the determination of the potential stay, the deadline for Plaintiff Mudpie, Inc. to submit a surreply to Defendant Travelers Casualty Insurance Company of America's reply brief argument, *see* ECF No. 38, is extended to September 4, 2020. The case management conference date and case management statement due dates will remain the same.

**IT IS SO ORDERED.**

Dated: August 17, 2020

_____
JON S. TIGAR
United States District Judge