UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUDPIE, INC.,

        Plaintiff,

   v.

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,

        Defendant.

Case No. 20-cv-03213-JST

**ORDER DISMISSING CASE WITH PREJUDICE**

Re: ECF No. 52

On September 14, 2020, the Court granted Defendant's motion to dismiss Plaintiff's complaint with leave to amend. ECF No. 51. An amended complaint was due within 21 days from the date of the order. *Id.* at 14. On September 22, 2020, Plaintiff filed a notice that "it will not be amending its Complaint, as permitted by the Court's Order." ECF No. 52. Accordingly, the case is now dismissed with prejudice. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: September 23, 2020



JON S. TIGAR
United States District Judge