UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUDPIE, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 20-cv-03213-JST<br><br>**CLERK'S JUDGEMENT**<br><br>Re: Dkt. No. 53 |

Pursuant to the Order Dismissing Case With Prejudice signed September 23, 2020, judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 23, 2020

Susan Y. Soong
Clerk, United States District Court

Susan Y. Soong
By: 
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR