Eric H. Gibbs (SBN 178658)
ehg@classlawgroup.com
Andre M. Mura (SBN 298541)
amm@classlawgroup.com
Karen Barth Menzies (SBN 180234)
kbm@classlawgroup.com
Amy M. Zeman (SBN 273100)
amz@classlawgroup.com
Steve Lopez (SBN 300540)
sal@classlawgroup.com
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

Andrew N. Friedman†
afriedman@cohenmilstein.com
Victoria S. Nugent†
vnugent@cohenmilstein.com
Julie Selesnick†
jselesnick@cohenmilstein.com
Geoffrey Graber (SBN 211547)
ggraber@cohenmilstein.com
Eric Kafka†
ekafka@cohenmilstein.com
Karina G. Puttieva (SBN 317702)
kputtieva@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

† not admitted to N.D.Cal.

*Attorneys for Plaintiff and Proposed Class*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUDPIE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 4:20-cv-3213-JST<br><br>**Plaintiff's Notice of Appeal** |

Notice is hereby given that Plaintiff Mudpie, Inc., individually and on behalf of the putative class, appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Defendant's Motion to Dismiss, entered in this action on September 14, 2020 (ECF No. 51) and attached hereto as Exhibit A. The Judgment, entered on September 23, 2020 (ECF No. 54) and attached hereto as Exhibit B, terminated the action.

Plaintiff's Representation Statement is attached to this Notice as Exhibit C, pursuant to Circuit Rule 3-2.

September 23, 2020                                  Respectfully submitted,

**GIBBS LAW GROUP LLP**

By: */s/ Andre M. Mura*

Eric H. Gibbs
Andre M. Mura
Karen Barth Menzies
Amy M. Zeman
Steve Lopez
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
amm@classlawgroup.com
kbm@classlawgroup.com
amz@classlawgroup.com
sal@classlawgroup.com

Andrew N. Friedman†
Victoria S. Nugent†
Julie Selesnick†
Geoffrey Graber (SBN 211547)
Eric Kafka†
Karina G. Puttieva (SBN 317702)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor

Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
afriedman@cohenmilstein.com
vnugent@cohenmilstein.com
jselesnick@cohenmilstein.com
ggraber@cohenmilstein.com
ekafka@cohenmilstein.com
kputtieva@cohenmilstein.com

† not admitted to N.D.Cal.

*Attorneys for Plaintiff and Proposed Class*